UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services,<br><br>           Plaintiffs,<br><br>vs.<br><br>Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services,<br><br>           Defendants. | Civ. No.: 26-cv-1701<br><br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED PRELIMINARY INJUNCTION** |

To:   Clerk of the District Court, District of Minnesota and Above-Named Defendants:

**PLEASE TAKE NOTICE** that Plaintiffs' Motion for a Temporary Restraining Order and Expedited Preliminary Injunction will be heard at a date and time to be determined by the Court, once a Judge is assigned to the case, at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415 (or 316 Robert Street North, St. Paul, MN 55101).

*(signature on next page)*

Dated: March 2, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Scott Ikeda**
NATE BRENNAMAN
Assistant Attorney General
Atty. Reg. No. 0331776

SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771

BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385

EMILY DOYLE
Assistant Attorney General
Atty. Reg. No. 0403550

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1112 (Voice)
(651) 282-5832 (Fax)
Nate.Brennaman@ag.state.mn.us
scott.ikeda@ag.state.mn.us
brandon.boese@ag.state.mn.us
Emily.Doyle@ag.state.mn.us

*Attorneys For Plaintiffs*

|#6307104-v1