UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services,<br><br>           Plaintiffs,<br><br>vs.<br><br>Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services,<br><br>           Defendants. | Civ. No. 26-cv-1701-ECT-DTS<br><br>**AMENDED NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED PRELIMINARY INJUNCTION** |

To: Clerk of the District Court, District of Minnesota and Above-Named Defendants:

**PLEASE TAKE NOTICE** that the Motion for a Temporary Restraining Order and Expedited Preliminary Injunction of Plaintiffs State of Minnesota through its Attorney General Keith Ellison and Shireen Gandhi, Commissioner of the Minnesota Department of Human Services, will be heard before the Honorable Eric C. Tostrud on Thursday, March 12, 2026, at 10:00 a.m. in Courtroom 7D, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

*(signature on next page)*

| | |
|---|---|
| Dated: March 3, 2026 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>**s/ Scott H. Ikeda**<br>NATE BRENNAMAN<br>Assistant Attorney General<br>Atty. Reg. No. 0331776<br><br>SCOTT H. IKEDA<br>Assistant Attorney General<br>Atty. Reg. No. 0386771<br><br>BRANDON BOESE<br>Assistant Attorney General<br>Atty. Reg. No. 0396385<br><br>EMILY DOYLE<br>Assistant Attorney General<br>Atty. Reg. No. 0403550<br><br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2125<br>(651) 757-1112 (Voice)<br>(651) 282-5832 (Fax)<br>Nate.Brennaman@ag.state.mn.us<br>scott.ikeda@ag.state.mn.us<br>brandon.boese@ag.state.mn.us<br>Emily.Doyle@ag.state.mn.us<br><br>*Attorneys For Plaintiffs* |

|#6309925-v1