UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| State of Minnesota, *by and through its Attorney General Keith Ellison*, and Shireen Gandhi, *in her official capacity as the Commissioner of the Minnesota Department of Human Services*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Dr. Mehmet Oz, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | File No. 26-cv-1701 (ECT/DTS)<br><br><br>**BRIEFING ORDER** |

---

Plaintiffs have filed a motion for a temporary restraining order and preliminary injunction. ECF No. 2. The motion is scheduled to be heard on March 12, 2026, at 10:00 a.m. in Courtroom 7D, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota before the Honorable Eric C. Tostrud. In connection with the motion, the Court orders the following briefing schedule:

1. On or before March 9, 2026, at 5:00 p.m., Defendants must file a memorandum in response to Plaintiffs' motion.

2. Plaintiffs shall serve Defendants with a copy of this order within one (1) business day of the date of this order.

3. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

**SO ORDERED.**

Dated: March 3, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court