UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No. 26-cv-1701

State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services,

        Plaintiffs,

vs.

Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services,

        Defendants.

**NOTICE OF APPEARANCE**

To:    Clerk of the District Court, District of Minnesota, Above-Named Defendants, and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned enters his appearance as counsel for Plaintiffs in the above-captioned matter. All pleadings, orders, notices, and other documents in this matter should be directed to the undersigned.

[*signature on next page*]

2

Dated: March 4, 2026.                       Respectfully submitted,

                                            KEITH ELLISON
                                            Attorney General
                                            State of Minnesota

                                            **s/ Nate Brennaman**
                                            NATE BRENNAMAN
                                            Assistant Attorney General
                                            Atty. Reg. No. 0331776

                                            445 Minnesota Street, Suite 600
                                            St. Paul, Minnesota 55101-2125
                                            (651) 757-1112 (Voice)
                                            (651) 282-5832 (Fax)
                                            Nate.Brennaman@ag.state.mn.us

                                            *Attorney for Plaintiffs*

#6309856-v1