UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, *by and through its Attorney General Keith Ellison*, and Shireen Gandhi, *in her official capacity as the Commissioner of the Minnesota Department of Human Services*, | Court File No. 26-cv-1701 (ECT/DTS) |
| Plaintiffs, | |
| v. | **LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |
| Dr. Mehmet Oz, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; U.S. Department of Health and Human Services, | |
| Defendants. | |

This motion complies with the word limitation of L.R. 7.1(f) because it contains **556** words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by L.R. 7.1(f).  This brief was prepared using Microsoft Word 365.  This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

2

| | |
|---|---|
| Dated: March 6, 2026 | LOCKRIDGE GRINDAL NAUEN PLLP |

<u>*s/R. David Hahn*</u>
R. David Hahn (#0401262)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
(612) 339-6900
rdhahn@locklaw.com

***Counsel for Proposed Amicus Curiae***
***Autism Treatment Association of Minnesota***

2