UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, *by and through its Attorney General Keith Ellison*, and Shireen Gandhi, *in her official capacity as the Commissioner of the Minnesota Department of Human Services*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Dr. Mehmet Oz, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | File No. 26-cv-1701 (ECT/DTS)<br><br><br><br><br><br>**ORDER** |

　　　　Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Motion of Autism Treatment Association of Minnesota (or "ATAM") for Leave to File Amicus Brief [ECF No. 18] is **GRANTED**.  ATAM shall file its amicus brief on or before March 10, 2026, and the brief shall not exceed 5,000 words.

Dated: March 6, 2026　　　　　　　　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court