UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-01701-ECT-DTS

State of Minnesota, *et al.*,

    Plaintiffs,

v.

Dr. Mehmet Oz, *et al.,*

    Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David Fuller, Assistant United States Attorney, hereby notes his appearance as counsel for the Defendants with respect to the above-referenced matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: March 9, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*
BY:  DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN  55415
Phone: 612-664-5600
Email: david.fuller@usdoj.gov