UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-1701-ECT-DTS

STATE OF MINNESOTA et al.,

Plaintiff,

v.

DR. MEHMET OZ, et al.

Defendants.

**NOTICE OF SUBSEQUENT EVENTS**

Defendants respectfully notify the Court that on March 19, 2026, CMS Deputy Administrator and Chief Operating Officer Kimberly Brandt sent a letter to Minnesota State Medicaid Director John Connolly regarding the State's Corrective Action Plan. A copy of that letter is attached as Exhibit A.

The status of the Corrective Action Plan and the compliance proceeding were subjects of inquiry at the March 12 hearing. The March 19 letter (Ex. A) advises Minnesota that CMS has approved Minnesota's revised Corrective Action Plan. CMS identified specific CAP deficiencies on January 12, 2026. Minnesota submitted a revised CAP on January 30, 2026, addressing those deficiencies. The letter confirms that the CAP is approved. CMS also proposes a new meeting cadence aligned with the milestone schedule and has requested continuing status updates on provider revalidation efforts.

The March 19 letter (Ex. A) also advises Minnesota that CMS seeks a stay of the pending compliance hearing, as successful implementation of the approved CAP would moot the appeal.

Dated: March 20, 2026

MICHAEL B. STUART
General Counsel

ELIZABETH C. KELLEY
Deputy General Counsel
Chief Legal Officer for CMS

JOCELYN S. BEER
Acting Deputy Associate General
   Counsel for Litigation

U.S. Department of Health
   and Human Services

*Counsel for Defendants*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

DANIEL N. ROSEN
United States Attorney


Respectfully submitted,

*/s/ Matthew C. Zorn*
MATTHEW C. ZORN
Deputy General Counsel, U.S. Department
of Health and Human Services and
Special Assistant U.S. Attorney for the
District of Minnesota


*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically filed the foregoing Notice of Subsequent Event with the Clerk of Court using the CM/ECF system, which will send notify all counsel of record.

_/s/ Matthew C. Zorn_
MATTHEW C. ZORN