UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 26-CV-1701-ECT/DTS

State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services,

Plaintiffs,

vs.

Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services,

Defendants.

SECOND DECLARATION OF
PATRICK HULTMAN

I, Patrick Hultman, hereby declare as follows:

1.     I am the Deputy Medicaid Director at the Minnesota Department of Human Services. I have personal knowledge of the facts in this Declaration.

2.     The sampling data requested by CMS on approximately March 4 and March 11, 2026, includes information not in Minnesota's possession, but which Minnesota must obtain from service providers and managed care organizations. As much as Minnesota

would like to collect and produce the information to CMS immediately, the timing is not entirely within Minnesota's control.

3.     It is true that there have been several meetings with CMS since the February 25, 2026, deferral.   At those meetings, Minnesota Department of Human Services representatives have answered CMS's questions and have provided information related to the deferral.  While there have been some discussions about the deferred funds, I still do not understand from CMS why it is deferring certain funds and do not yet know all of the additional information that will be required by CMS for the deferral to be lifted.  I also have not been provided any additional detail about what was stated in the February 25, 2026, deferral Notice regarding the deferral of $79,591,344—namely, what "data analytics" were performed by CMS, who are the "specific providers" for which there are concerns, or what "aberrant billing practices" are at issue.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed on:  April 2, 2026
Ramsey County
State of Minnesota

Patrick Hultman