# UNITED STATES DISTRICT COURT

## District of Minnesota

State of Minnesota, Shireen Gandhi

                Plaintiff(s),

v.

Dr. Mehmet Oz, Centers for Medicare and
Medicaid Services, the, Robert F. Kennedy, Jr.,
U.S. Department of Health and Human
Services

                Defendant(s).

Autism Treatment Association of Minnesota

                Amicus(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01701-ECT-DTS

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for Temporary Restraining Order and Expedited Preliminary Injunction [ECF No. 2] is **DENIED**.

Date: 4/7/2026

KATE M. FOGARTY, CLERK