**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota et al.

        Plaintiffs.                Civil File No. 26-cv-1701-ECT-DTS

Dr. Mehmet Oz, et al.,

        Defendants.

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Relief from Local Civil Rule

7(n)(1), it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, for purposes of Defendants' Motion to Dismiss (ECF No. 21),

Defendants are relieved from compliance with Local Civil Rule 7(n)(1).

SO ORDERED this _____ day of _____, 2026.

Dated: _____

Eric C. Tostrud
United States District Judge