UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services, | Case No. 26-cv-1701 (ECT/DTS) |
| Plaintiffs, | |
| vs. | **JOINT MOTION FOR A STAY** |
| Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services, | |
| Defendants. | |

Plaintiffs filed this lawsuit and moved for a Temporary Restraining Order and Preliminary Injunction on March 2, 2026. The Court denied that Motion on April 6, 2026. Defendants' responsive pleading deadline was May 4, 2026.

The Parties hereby respectfully request, pursuant to Federal Rule of Civil Procedure 16(b)(4), that the case be stayed 120 days so that the Parties can attempt to resolve the deferrals. Either Party may move to end, modify, or extend the stay at any time. The Parties shall provide notice to the Court on Tuesday, September 3, 2026, of the status of this matter.

Good cause exists for a stay. Fed. R. Civ. P. 16(b)(4). The Parties may be able to resolve their differences, saving this Court and the Parties time, effort and resources. Even if the Parties are not able to resolve their differences, additional discussion between the Parties may help define and narrow the issues requiring resolution in this litigation, which would benefit both the Parties and the Court.

Dated: May 6, 2026.

KEITH ELLISON
Attorney General
State of Minnesota

***s/ Nate Brennaman***
NATE BRENNAMAN
Assistant Attorney General
Atty. Reg. No. 0331776

SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771

BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385

EMILY DOYLE
Assistant Attorney General
Atty. Reg. No. 0403550

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1112 (Voice)
(651) 282-5832 (Fax)
Nate.Brennaman@ag.state.mn.us
scott.ikeda@ag.state.mn.us
brandon.boese@ag.state.mn.us
Emily.Doyle@ag.state.mn.us

*Attorneys For Plaintiffs*

2

**BY DEFENDANTS:**

MICHAEL B. STUART
General Counsel

ELIZABETH C. KELLEY
Deputy General Counsel
Chief Legal Officer for CMS

BETSY M. PELOVITZ
Associate General Counsel

JOCELYN S. BEER
Acting Deputy Associate General
Counsel for Litigation

U.S. Department of Health
and Human Services

*Counsel for Defendants*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

DANIEL N. ROSEN
United States Attorney


Respectfully submitted,

***/s/ Matthew C. Zorn***
MATTHEW C. ZORN
Deputy General Counsel, U.S.
Department of Health and
Human Services and
Special Assistant U.S.
Attorney for the District of
Minnesota

*Attorneys for Defendants*

#6337271-v2

3