UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| State of Minnesota, by and through its Attorney General Keith Ellison, and Shireen Gandhi, in her official capacity as the Commissioner of the Minnesota Department of Human Services, | Case No. 26-cv-1701 (ECT/DTS) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| Dr. Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services, | |
| Defendants. | |

This matter came before the Court on the Parties' Joint Motion for a Stay. Based upon the Parties' submissions and the entire record, **IT IS HEREBY ORDERED** that:

1.    The Parties' Joint Motion for a Stay is **GRANTED**.

2.    The case and all deadlines including Plaintiffs deadline to respond to Defendants' May 4, 2026, Motion to Dismiss and/or to Amend their Complaint by right are stayed 120 days.

3.    The Parties shall file a joint Notice on September 3, 2026, providing the status of this matter.

Dated: _____

_____

THE HONORABLE ERIC C. TOSTRUD
U.S District Court Judge