UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

State of Minnesota, *by and through its Attorney General Keith Ellison*, and Shireen Gandhi, *in her official capacity as the Commissioner of the Minnesota Department of Human Services*,

      Plaintiffs,

v.

Dr. Mehmet Oz, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*; the Centers for Medicare and Medicaid Services; Robert F. Kennedy, Jr., *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; and U.S. Department of Health and Human Services,

      Defendants.

File No. 26-cv-1701 (ECT/DTS)

**ORDER**

---

Based on the Joint Motion for a Stay [ECF No. 46], for good cause shown, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The parties' Joint Motion for a Stay is **GRANTED**.

2. This case and all deadlines are stayed for 120 days.

3. The parties shall file a joint notice by Thursday, September 3, 2026, describing the case's status.

4.      The Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim [ECF No. 45] is **DENIED** without prejudice to refiling in compliance with this District's Local Rules following the lifting of the stay.[1]

Dated: May 7, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1]      But for the stay, Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction would have been denied for its flagrant noncompliance with D. Minn. LR 7.1(c).