UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The State of Minnesota,

Plaintiff(s)

v.

Dr. Mehmet Oz, in his official capacity, et al.,

Defendant(s).

**NOTICE OF APPEARANCE**

Case No: 26-cv-1701

The undersigned attorney hereby notifies the Court and counsel that Jordan A. Hulseberg, shall appear as counsel of record for Defendants in this case.

Dated: 9/2/2026

TODD M. BLANCHE
Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Jordan A. Hulseberg*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 598-3856
Email: Jordan.a.hulseberg2@usdoj.gov

*Counsel for Defendants*