**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, et al.

Plaintiffs,

v.

Civil File No. 26-cv-1701-ECT-DTS

Dr. Mehmet Oz, et al.,

Defendants.

**JOINT STATUS REPORT AND REQUEST FOR CONTINUATION OF STAY**

On May 7, 2026, this Court granted the Parties' Joint Motion for a Stay and ordered the Parties to file a Joint Status Report on September 3, 2026 regarding the status of this matter. The Parties now provide this report, and for the following reasons, respectfully request that the Stay be continued:

1. The Parties are working to resolve the deferral of federal financial participation ("FFP") that is the subject of this lawsuit. Since January 2026 through present, CMS and Minnesota have had weekly status meetings to discuss high-risk services areas, and those meetings also addressed issues related to the Q4FFY2025 deferral and the resolution effort. As of the date of this filing, CMS has not released or disallowed Q4FFY2025 deferred funds related to the fourteen high-risk Medicaid service areas.

2. The Parties believe that continuing the stay is warranted so that the Parties can continue to attempt to resolve the deferral.

3. After the filing of Plaintiffs' Complaint, the Parties note that CMS deferred a portion of FFP in Q1 and Q2, FFY2026, which deferrals, per CMS, are based in part on its concerns involving fraud and aberrant billing. The parties are working to resolve these deferrals, as well.

4. Good cause exists for a continued stay. Fed. R. Civ. P. 16(b)(4). The Parties may be able to resolve their differences, saving this Court and the Parties time, effort and resources. Even if the Parties are not able to resolve their differences, additional discussion between the Parties may help define and narrow the issues requiring resolution in this litigation, which would benefit both the Parties and the Court.

The Parties hereby respectfully request, pursuant to Federal Rule of Civil Procedure 16(b)(4), that the stay remain in place, and that either Party may move to end, modify, or extend the stay at any time. The Parties shall provide notice to the Court on Monday, January 4, 2027 (123 days from now—the 120th day is New Year's Day) of the status of this matter.

Dated: September 3, 2026

**BY PLAINTIFFS:**

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

***/s/ Nate Brennaman***
NATE BRENNAMAN
Assistant Attorney General
Atty. Reg. No. 0331776

SCOTT H. IKEDA
Assistant Attorney General

Atty. Reg. No. 0386771

BRANDON BOESE
Assistant Attorney General
Atty. Reg. No. 0396385

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1112 (Voice)
(651) 282-5832 (Fax)
Nate.Brennaman@ag.state.mn.us
Scott.Ikeda@ag.state.mn.us
Brandon.Boese@ag.state.mn.us

*Attorneys For Plaintiffs*

**BY DEFENDANTS:**

*Of Counsel*:

ROBERT FOX FOSTER
Acting General Counsel

ELIZABETH C. KELLEY
Deputy General Counsel
Chief Legal Officer for CMS

BETSY M. PELOVITZ
Associate General Counsel

MICHAEL J. GERARDI
Deputy Associate General
Counsel for Litigation

U.S. Department of Health
and Human Services

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney
General Civil Division

***/s/ Jordan A. Hulseberg***
JORDAN A. HULSEBERG
Trial Attorney
Federal Programs Branch

DANIEL N. ROSEN
United States Attorney

MATTHEW C. ZORN
Deputy General Counsel,
U.S. Department of Health and
Human Services and Special
Assistant U.S. Attorney for the
District of Minnesota

*Attorneys for Defendants*