**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, et al.

Plaintiffs,

v. Civil File No. 26-cv-1701-ECT-DTS

Dr. Mehmet Oz, et al.,

Defendants.

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and Request for Continuation of Stay, ECF No. 51, it is hereby **ORDERED** that the Parties' request is **GRANTED** and the Parties shall file a second joint status report on January 4, 2027.

________________________________

CHIEF JUDGE ERIC TOSTRUD