UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota, *by and through its Attorney General Keith Ellison* and Shireen Gandhi, *in her official capacity as the Commissioner of the Minnesota Department of Human Services*,

Plaintiffs,

v.

Dr. Mehmet Oz, *in his official capacity as Administrator for the Centers for Medicare and Medicaid Services*; the Centers for Medicare and Medicaid Services; Robert F. Kennedy Jr., *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; and U.S. Department of Health and Human Services,

Defendants.

File No. 26-cv-1701 (ECT/DTS)

**ORDER**

---

The parties have filed a Joint Status Report and Request for Continuation of Stay. ECF No. 51. Based on the Joint Status Report and Request for Continuation of Stay, for good cause shown, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. The parties' Request for Continuation of Stay is **GRANTED**.

2. The parties shall file a joint notice by Monday, January 4, 2027, describing the case's status.

Dated: September 4, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court